UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANATOLIE STATI; GABRIEL STATI; ASCOM GROUP, S.A.; TERRA RAF TRANS TRAIDING LTD., <br><br> Petitioners, <br><br> v. <br><br> REPUBLIC OF KAZAKHSTAN, <br><br> Respondent. | Civil Action No. 14-1638 (ABJ) |

## ORDER

For the reasons stated in the Court's March 23, 2018 Memorandum Opinion and Order denying respondent the Republic of Kazakhstan's Motion for Reconsideration of the Court's May 11, 2016 Order and granting petitioners' Petition to Confirm the Arbitral Award, *see* [Dkt. # 69, 70], the Court enters judgment in petitioners' favor against the respondent in the amount of US$ 506,660,597.40 plus (a) interest at the rate of the six-month U.S. Treasury Bills rate compounded semi-annually from April 30, 2009 to the date that judgment is entered herein, and (b) post-judgment interest at the rate statutorily mandated by 28 U.S.C. § 1961 from the date that judgment is entered to the date of satisfaction.

**SO ORDERED**.

*/s/ Amy B. Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: July 16, 2019

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 7/16/19
ANGELA D. CAESAR, CLERK
By: _____