UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANATOLIE STATI, *et al.*,

                              Petitioners,

              -v-

REPUBLIC OF KAZAKHSTAN,

                              Respondent.

19 Misc. 382 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 13, 2024, petitioners filed a motion to compel production of documents consistent with subpoenas *duces tucum* issued to non-parties Citibank, N.A., Citicorp LLC, and Citigroup, Inc. (together, "Citi"). Dkt. 13. The Court directs Citi to file a response to petitioners' motion by **February 21, 2024**. The Court does not invite a reply from petitioners. Petitioners are to serve this order on Citi by **February 15, 2024** and promptly to file proof of such service on the docket of this case.

SO ORDERED.

                                                 *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: February 14, 2024
        New York, New York