UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANATOLIE STATI, *et al.*,

                                        Petitioners,

                        -v-

REPUBLIC OF KAZAKHSTAN,

                                        Respondent.

---

19 Misc. 382 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

On February 13, 2024, petitioners filed a motion to compel production of documents
consistent with subpoenas *duces tucum* issued to non-parties Citibank, N.A., Citicorp LLC, and
Citigroup, Inc. (together, "Citi"). Dkt. 13. The next day, the Court directed Citi to file a
response to petitioners' motion by February 21, 2024. Dkt. 14.

On February 16, 2024, respondent filed a motion for a Local Rule 37.2 conference to
address (1) petitioners' alleged failure to serve respondent with subpoenas they have issued to
non-parties; and (2) respondent's substantive objections to petitioners' motion. Dkt. 16. In its
motion, respondent states that its "objections are sufficiently complex and varied that they can
only properly be resolved through a regular briefing schedule, rather than the abbreviated letter
motion practice that [p]etitioners are seeking." *Id.* at 1. Respondent's motion outlines several of
those objections. *See id.* at 2–3.

The Court schedules a conference for **February 23, 2024 at 3:30 p.m.,** to be held in
Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New
York 10007. The Court further directs petitioners to file a response (of no more than four pages)
to respondent's contentions by **February 22, 2024.**

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 20, 2024
New York, New York