UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANATOLIE STATI, *et al.*,

                                  Petitioners,

-v-

REPUBLIC OF KAZAKHSTAN,

                                  Respondent.

19 Misc. 382 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court adopts the following briefing schedule for petitioners' motion to compel:

- March 11, 2024: Petitioners' brief.
- March 25, 2024: Respondent's brief.
- April 8, 2024: Citi's brief.
- April 15, 2024: Petitioners' reply brief.

The Court adopts the following briefing schedule for respondent's anticipated motion for a protective order:

- March 11, 2024: Respondent's brief.
- March 25, 2024: Petitioners' brief.
- April 15, 2024: Respondent's reply brief.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 23, 2024
        New York, New York